**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1071

HILTON THOMAS, SR.,

Plaintiff - Appellant,

versus

MID-ATLANTIC REALTY MANAGEMENT, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William N. Nickerson, Senior District Judge.  (CA-02-3628-WMN)

Submitted:  March 20, 2003         Decided:  March 27, 2003

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hilton Thomas Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hilton Thomas, Sr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Thomas v. Mid-Atlantic Realty</u>, No. CA-02-3628-WMN (D. Md. Nov. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>